JOHN M. JENSEN and ADELE M. JENSEN, Plaintiffs-Appellants *v.* RONALD S. PRATT, et al., Defendants-Appellees

No. 5047

December 7, 1971

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON and KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Alan C. Kay (Bortz, Case, Stack, Kay, Cronin & Clause* of counsel) for defendant-appellee Ronald S. Pratt for the petition.